RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE   6 , 6 , 07
BY     Bm

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| AL M. NELSON | CIVIL ACTION NO. 06-0066 |
| versus | JUDGE HICKS |
| DIMENSION DEVELOPMENT CO., INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions to Refer Case to Bankruptcy Court [Doc. Nos. 19 & 20] be **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of June, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE